# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHAVEZ,<br><br>    Petitioner,<br><br>v.<br><br>DOMINGO URIBE, Warden,<br><br>    Respondent. | Case No. CV 10-0538 PA (JCG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, Petitioner's Application for Certificate of Appealability, and the remaining record, and has made a *de novo* determination.

Petitioner's Objections generally rehash the arguments made in the Petition and Traverse, and lack merit for the reasons set forth in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT: (1) the Report and Recommendation is approved and adopted; (2) Judgment be entered denying the Petition and dismissing this action with prejudice; and (3) the Clerk serve copies of this Order and the Judgment on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the

Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court denies Petitioner's Application for Certificate of Appealability.

DATED: May 19, 2011

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE